428 A.2d 251

Gary D. G., Appellant v. Marilou G., Appellant.

Argued April 15, 1980.   Thomas M. Kiermaier, for appellant (No. 758) and appellee (No. 783);   Mary E. Bower, for appellant (No. 783) and appellee (No. 758).

Before PRICE, BROSKY and MONTGOMERY, JJ.

The appeal at No. 783 April Term, 1979, is quashed as untimely under Pa.R.A.P. 903. In the appeal at 758 April Term, 1979, the order of July 20, 1979, entered in the Court of Common Pleas of Butler County is affirmed.